**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GLUE WILKINS, | : | No. 80 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DAUPHIN COUNTY PRESIDENT JUDGE | : | |
| RICHARD A. LEWIS AND HONORABLE | : | |
| FRANCIS T. CHARDO, III, DISTRICT | : | |
| ATTORNEY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2018, the Application for Leave to File Original Process is GRANTED, the "King's Bench Matter" is DENIED, and the Application for Leave to File *Nunc Pro Tunc* Answer is DISMISSED AS MOOT. The Prothonotary is DIRECTED to strike the jurist's name from the caption.